UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANE BURCHETTE BEY,

      Plaintiff,

v.                              Case No:  8:24-cv-01565-JLB-LSG

NANCY C. MILLAN and STEVEN J.
ALLEN,

      Defendant.

_____/

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 15), recommending that Plaintiff's motion to proceed *in forma pauperis* (Doc. 14) be **DENIED**, that Plaintiff's Amended Complaint (Doc. 13) be dismissed without leave to amend, and that the case be dismissed.  Plaintiff filed an objection to the Magistrate Judge's Report and Recommendation (Doc. 16).

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted. As best the Court understands Plaintiff's objections, she asserts that her claims are meritorious, and she objects to the report and recommendation process.  The Court

has reviewed the Amended Complaint (Doc. 13) *de novo* and concludes that it fails to state a claim and that the Court lacks jurisdiction for the reasons stated in the Report and Recommendation (Doc. 15).

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 15) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 14) is **DENIED** without prejudice.

3. Plaintiff's Amended Complaint (Doc. 13) is **DISMISSED** without prejudice, and the Court does not grant Plaintiff leave to amend because any amendment would be futile for the reasons stated by the Magistrate Judge.

4. Accordingly, this case is DISMISSED.  The Clerk of Court is **DIRECTED** to deny all pending motions as moot, terminate any deadlines, and close the case.

**ORDERED** in Tampa, Florida, on March 31, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE